**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE CHOLAKIS, STEVEN BILIDAS, FAYITO LLC, DINER DX INC., AMPHORA BAKERY INC., B&C BAILEYS FAMILY LLC, B&C FAMILY LLC, LACONIA LLC, MARIA CHOLAKIS<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-01935-PTG-WEF |

**SUGGESTION OF BANKRUPTCY**

PLEASE TAKE NOTICE that the United States learned that Defendant Steven Bilidas in this case filed for bankruptcy protection under Chapter 13 of the Bankruptcy Code on June 24, 2026. The bankruptcy case bears case number 26-11518-KHK and was filed in the U.S. Bankruptcy Court for the Eastern District of Virginia, Alexandria Division located at 200 S. Washington St., Alexandria, VA 22314-5405. The undersigned learned of this filing through an email his office received from an attorney working in the Office of Chief Counsel of the Internal Revenue Service, after the instant lawsuit was commenced.

Dated: September 8, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

By: */s/ Joshua D. Zimberg*
JOSHUA D. ZIMBERG
Trial Attorneys
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-598-3739 (phone)
202-514-6866 (fax)
Joshua.D.Zimberg@usdoj.gov
*Counsel for Plaintiff*

TODD BLANCHE
ATTORNEY GENERAL

THEOPHANI K. STAMOS

First Assistant United States Attorney

By: */s/ Gerard Mene*
GERARD MENE
Assistant U.S. Attorney
Counsel for the United States
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3777
Fax: (703) 299-3898
Gerard.Mene@usdoj.gov